JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EPPS, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation, and DOES 1 - 50, inclusive,<br><br>           Defendant. | Case No. 2:19-cv-09434-AB (PJWx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all parties. Each party is to bear its own attorneys' fees and costs.

DATE: April 29, 2020   _____
HON. ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE